July 22, 2020

The Honorable Judge Peter Welte
Clerks Office District Court
655 1st Avenue North
Suite 130
Fargo, North Dakota
58102-4932

Re: Shane G. Thede
    Reg #21627041
    Case #3: 18-cr-142

Motion to obtain compassionate medical release under Cares Act

Your Honor:

I am bringing this motion to request a compassionate medical release under the Cares Act.

Facts for motion:

Because of the circumstances and conditions present at the Milan Federal Corrections Facility in Milan, Michigan I feel that I am in grave danger of contracting the coronary virus. We are currently under twenty-three hour lock down. Many inmates and staff have contracted the virus. Several have died. Should I contract the virus it could well have serious consequences because of my medical conditions.

These conditions are as follows:

I have a very rare condition called eosinophilic esophagitis which causes my esophagus to tear by simply eating. When this happens I need immediate medical attention because I could bleed to death in a very short time. It also makes use of a endoscopy and ventilator extremely risky in that they could literally shred my esophagus and lungs. It is further complicated by asthma.

I am also pre-diabetic, hypertensive, peptic ulcerative and have kidney stones. I take several medications for these conditions which include:
Losartan, albuterol, omeprazole, fluticasone, montelukast and hydrochlorothiazide.

Any one of these conditions would create a serious life threatening complication.

Therefore, I respectfully request that the court grant my motion for compassionate release.

Sincerely,

Shane G Thede