Shane Thede
NAME
21627-041
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROFLEX MI 480
23 JUL 2020 PM 8 L

Chief Judge
Peter D Welte
Clerk office District Court
655 1st Ave N.
Suite 130
Fargo, North Dakota
58102 - 4932

58102-493230